

ORDERED in the Southern District of Florida on February 15, 2016.

Laurel M. Isicoff, Judge
United States Bankruptcy Court

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:

PETITUSA, LLC                                           Case No. 16-10305-LMI

    Debtor.                                           Chapter 11
_____/

### ORDER GRANTING APPLICATION FOR INTERIM AND FINAL ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF MARSHALL SOCARRAS GRANT, P.L. AS COUNSEL FOR THE DEBTOR *NUNC PRO TUNC* TO PETITION DATE ON AN INTERIM AND FINAL BASIS

THIS CAUSE came before the Court for hearing on February 9, 2016, on the Debtor's Application for Interim and Final Order Authorizing the Employment and Retention of Marshall Socarras Grant, P.L. as Counsel for the Debtor *Nunc Pro Tunc* to Petition Date on an Interim and Final Basis (Doc. No. 24). Accordingly, it is

    **ORDERED**:

    1.    The Application is APPROVED.

    2.    The Debtor in possession is authorized to retain the law firm of Marshall Socarras Grant, P.L., in accordance with the terms and conditions set forth in the Application on an interim and final basis.

3. Marshall Socarras Grant, P.L. is authorized to render professional services to the Debtor as described in the Application.

4. Marshall Socarras Grant, P.L. shall apply for compensation and reimbursement of expenses incurred in connection with the Debtor's Chapter 11 case in compliance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, guidelines established by the Office of the United States Trustee for the Southern District of Florida and any other applicable procedures and orders of the Court.

5. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this order.

# # #

Submitted by:

**Joe M. Grant, Esq.**
MARSHALL SOCARRAS GRANT, P.L.
Proposed Attorneys for the Debtor In Possession
197 South Federal Highway, Suite 300
Boca Raton, Florida  33432
Telephone No. 561.361.1000
Facsimile No. 561.672.7581
Email:  jgrant@msglaw.com

**Copies Furnished To:**
Joe M. Grant, Esq., shall serve a conformed copy of this order upon all interested parties and shall file a Certificate of Service of same with the Clerk of the court.